# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**MILDRED GREEN, et al.**                                                                 **PLAINTIFFS**

**V.**                                                                 **NO. 4:18-CV-24-DMB-JMV**

**MERITOR, INC., et al.**                                                                 **DEFENDANTS**

## ORDER

On May 16, 2019, Meritor, Inc., Rockwell Automation, Inc., and The Boeing Company (collectively, "Meritor Defendants") filed a joint motion to dismiss with prejudice the claims of Mildred Green, Mattie Rosemond, Terry James, Jo Anne James, Lev Mister and Shirley Mister. Doc. #92. On August 5, 2019, Textron, Inc., filed a joint motion to dismiss with prejudice the claims of Green, Rosemond, and the Misters. Doc. #115. On November 5, 2019, Textron filed a joint motion to dismiss with prejudice the claims of Ethel Whaley f/k/a Ethel W. Griffin, and the Jameses. Doc. #124.

It appears all claims at issue in these motions have been dismissed with prejudice by stipulation. *See* Docs. #96, #112, #119, #123. Accordingly, the motions to dismiss [92][115][124] are **DENIED as moot**.

**SO ORDERED**, this 25th day of November, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**